No. 68, Misc.   GRESHAM *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.   Petitioner *pro se. Price Daniel,* Attorney General of Texas, *Joe R. Green-*

*hill,* First Assistant Attorney General, and *Frank Lake,* Assistant Attorney General, for respondent.